CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 25 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FREDERICK G. ROWE,<br>    Plaintiff, | Civil Action No. 7:05CV00449 |
| v. | **FINAL ORDER** |
| FRED D. HILDEBRAND, et al.,<br>    Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

## ORDERED

that the defendants' motion for summary judgment shall be and hereby is **GRANTED**, and that this action shall be and hereby is **STRICKEN** from the docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 25th day of May, 2006.

/s/ Glen E. Conrad
United States District Judge